PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

**Mar 21, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAHRIAR "SEAN" LOLOEE,
KARLA MONTOYA,
MIRWAIS SHAMS, and
AHMAD "SHAH" SHAMS,

Defendants.

CASE NO. 2:23-CR-0230 KJM

[PROPOSED] ORDER TO SEAL

**(UNDER SEAL)**

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney AUDREY

B. HEMESATH to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until

the arrest of the defendants or until further order of

Dated: March 21, 2024
_____

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order to Seal Indictment

1